IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30603
Summary Calendar
_____

VAUGHN HOWARD,

                                        Plaintiff-Appellant,


versus

JOHN P. WHITLEY, WARDEN,
LOUISIANA STATE PENITENTIARY, ET AL.,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 92-CV-793-A
- - - - - - - - - -
May 9, 1997
Before KING, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Vaughn Howard, Louisiana prisoner # 98700, has appealed the
district court's verdict for defendants-appellees Kevin Warren
and Cheryl Honore after a bench trial.  Howard's contention that
the district court should not have relied on standards stated in
Farmer v. Brennan, 511 U.S. 825 (1994), to adjudicate his claim
of deliberate indifference to his serious medical needs, has no

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

merit.  See Reeves v. Collins, 27 F.3d 174, 176 (5th Cir. 1994).
As to this point, the district court's judgment is hereby
AFFIRMED.

Howard also contends that the district court erred by
rendering judgment for Warren and Honore, based on testimony
which the district court rejected in favor of other testimony.
To obtain relief, Howard would have to show that the district
court's findings are clearly erroneous.  See Fed. R. Civ. P.
52(a); Anderson v. City of Bessemer City, 470 U.S. 564, 575
(1985).  The court cannot determine the merits of this claim
because Howard did not include a transcript of Warren's and
Honore's testimony in the appellate record.  As to this claim,
therefore, the appeal is hereby DISMISSED.  See Richardson v.
Henry, 902 F.2d 414, 416 (5th Cir. 1990).

AFFIRMED IN PART; DISMISSED IN PART.